**REMAND/JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1261-GW (RAOx) | Date | May 3, 2016 |
|---|---|---|---|
| Title | *Li Wang, et al. v. Union Pacific Railroad Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present       None Present

**PROCEEDINGS (IN CHAMBERS):   RULING ON PLAINTIFFS' MOTION FOR ORDER REMANDING CASE TO STATE COURT [16]**

Plaintiffs' Motion for Order Remanding Case to State Court [16] is set for hearing on May 5, 2016. On April 21, 2016, Defendants' filed a Notice of Withdrawal of Opposition and Non-opposition to Plaintiffs' Motion to Remand (see Docket No. 30). For that reason, Court finds that this matter is appropriate for decision without oral argument and GRANTS Plaintiffs' motion to remand. The above-entitled action is hereby remanded to the Superior Court of the State of California, County of Santa Barbara (15CV01340). Hearing set for May 5, 2016 is VACATED.

:

Initials of Preparer    JG